E-FILED
Saturday, 11 August, 2012 07:43:41 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-7, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

Dated: August ___, 2012

                                                     Respectfully submitted,

                                                     NICOLETTI & ASSOCIATES, PLLC

By:    /s/ Paul J. Nicoletti

                                                     Paul J. Nicoletti, Esq. (P44419)
                                                     36880 Woodward Ave, Suite 100
                                                     Bloomfield Hills, MI 48304
                                                     Tel: (248) 203-7800
                                                     Fax: (248) 203-7801
                                                     E-Fax: (248) 928-7051
                                                     Email: paul@nicoletti-associates.com
                                                     *Attorneys for Plaintiff*