# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, : : Plaintiff, : v. : : JOHN DOES 1-7, : : Defendants. : | Civil Action No. 3:12-cv-03211-SEM-BGC |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 4 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 4 was assigned the IP Address 98.214.157.39. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 4 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November ____, 2012

Respectfully submitted,

By: ___/s/ *Paul J. Nicoletti*___
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone: 248-203-7800
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti