**E-FILED**
Monday, 19 November, 2012  09:36:49 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Case No. 3:12-cv-03211-SEM-BGC |
| | ) | |
| v. | ) | |
| | ) | |
| PHAY LINTHAKHANH and JOHN DOES 2, | ) | |
| 3, 5 and 6, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARYDISMISSAL
### WITHOUT PREJUDICE OF JOHN DOES 2, 3, 5 AND 6 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 2, 3, 5 and 6 ("Defendants") from this action without prejudice. Defendants were assigned the IP address 68.212.197.43, 98.214.150.197, 98.214.236.212 and 98.222.142.224, respectively. Plaintiff has received the names and identifying information of many Defendants in this case and is unable to coordinate service of process to properly serve these Defendants by the Rule 4(m) deadline.  Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 19, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:    /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel:  (248) 203-7800
        Fax:  (248) 203-7801
        Email:  paul@nicoletti-associates.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq.