E-FILED
Friday, 08 February, 2013  06:04:55 PM
Clerk, U.S. District Court, ILCD

