

**All Court Types Party Search**
Fri Feb 8 11:06:44 2013
472 records found

**User:** ja1307 P
**Client:**
**Search:** All Court Types Party Search Name Malibu Media All Courts Page: 1

## Civil Results

| # | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | MALIBU MEDIA , LLC (pla) | njdce | 2:2012-cv-04702 | 820 | 07/26/2012 | 11/26/2012 |
| 2 | MALIBU MEDIA , LLC. (pla) | njdce | 1:2012-cv-07643 | 820 | 12/12/2012 | |
| 3 | Malibu Media Inc (dft) | cacdce | 2:1996-cv-01473 | 890 | 03/01/1996 | 10/04/1996 |
| 4 | Malibu Media Inc (pla) | txndce | 6:2012-mc-00018 | | 12/03/2012 | 12/11/2012 |
| 5 | Malibu Media Inc (pla) | txndce | 6:2012-mc-00020 | | 12/07/2012 | 12/11/2012 |
| 6 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-01647 | 820 | 02/27/2012 | 01/28/2013 |
| 7 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-01642 | 820 | 02/27/2012 | 01/28/2013 |
| 8 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-01675 | 820 | 02/28/2012 | 07/11/2012 |
| 9 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03614 | 820 | 04/26/2012 | 01/28/2013 |
| 10 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03615 | 820 | 04/26/2012 | 01/28/2013 |
| 11 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03617 | 820 | 04/26/2012 | 01/28/2013 |
| 12 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03619 | 820 | 04/26/2012 | 01/28/2013 |
| 13 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03620 | 820 | 04/26/2012 | 01/28/2013 |
| 14 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03621 | 820 | 04/26/2012 | 01/28/2013 |
| 15 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03622 | 820 | 04/26/2012 | 01/28/2013 |
| 16 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03623 | 820 | 04/26/2012 | 01/28/2013 |
| 17 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00647 | 820 | 04/26/2012 | 01/28/2013 |
| 18 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00649 | 820 | 04/26/2012 | 01/28/2013 |
| 19 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00650 | 820 | 04/26/2012 | 01/28/2013 |
| 20 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00651 | 820 | 04/26/2012 | 01/28/2013 |
| 21 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00652 | 820 | 04/26/2012 | 01/28/2013 |
| 22 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04660 | 820 | 05/29/2012 | 01/28/2013 |
| 23 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04661 | 820 | 05/29/2012 | 01/28/2013 |
| 24 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04654 | 820 | 05/29/2012 | 01/28/2013 |
| 25 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04656 | 820 | 05/29/2012 | 01/28/2013 |
| 26 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04650 | 820 | 05/29/2012 | 01/28/2013 |
| 27 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05592 | 820 | 06/27/2012 | 01/23/2013 |
| 28 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05593 | 820 | 06/27/2012 | 01/23/2013 |
| 29 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05594 | 820 | 06/27/2012 | 01/23/2013 |
| 30 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05595 | 820 | 06/27/2012 | 01/23/2013 |
| 31 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05596 | 820 | 06/27/2012 | 01/23/2013 |
| 32 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-07759 | 820 | 09/11/2012 | 01/10/2013 |
| 33 | Malibu Media LLC (pla) | cacdce | 5:2012-cv-01550 | 820 | 09/11/2012 | 11/20/2012 |
| 34 | MALIBU MEDIA LLC (pla) | flndce | 4:2012-cv-00336 | 820 | 07/11/2012 | |
| 35 | MALIBU MEDIA LLC (pla) | flndce | 4:2012-cv-00337 | 820 | 07/11/2012 | |
| 36 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04653 | 820 | 05/29/2012 | 01/28/2013 |
| 37 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04651 | 820 | 05/29/2012 | 01/28/2013 |
| 38 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04658 | 820 | 05/29/2012 | 01/28/2013 |
| 39 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04657 | 820 | 05/29/2012 | 01/28/2013 |
| 40 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04652 | 820 | 05/29/2012 | 01/28/2013 |
| 41 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04649 | 820 | 05/29/2012 | 01/28/2013 |
| 42 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04662 | 820 | 05/29/2012 | 01/28/2013 |
| 43 | Malibu Media LLC (pla) | miedce | 2:2012-cv-13669 | 820 | 08/19/2012 | 11/27/2012 |
| 44 | Malibu Media LLC (pla) | miedce | 2:2012-cv-13887 | 820 | 09/01/2012 | 11/26/2012 |
| 45 | Malibu Media LLC (pla) | miedce | 2:2012-cv-14105 | 820 | 09/14/2012 | |
| 46 | Malibu Media LLC (pla) | miedce | 2:2013-cv-10508 | 820 | 02/07/2013 | |
| 47 | Malibu Media LLC (pla) | miedce | 2:2013-cv-10509 | 820 | 02/07/2013 | |
| 48 | Malibu Media LLC (pla) | miedce | 2:2013-cv-10510 | 820 | 02/07/2013 | |
| 49 | Malibu Media, Inc. (pla) | nysdce | 1:2012-cv-02960 | 840 | 04/13/2012 | 10/22/2012 |
| 50 | Malibu Media, Inc. (pla) | nysdce | 7:2012-cv-03823 | 820 | 05/14/2012 | 12/10/2012 |
| 51 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01255 | 820 | 05/10/2012 | |
| 52 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01260 | 820 | 05/10/2012 | |
| 53 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01261 | 820 | 05/10/2012 | 01/15/2013 |
| 54 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01262 | 820 | 05/10/2012 | |

**Receipt** 02/08/2013 11:06:45 58265491
**User** ja1307 P
**Client**
**Description** All Court Types Party Search
Name Malibu Media All Courts Page: 1
**Pages** 1 ($0.10)