3:12-cv-03211-BGC    # 35-1    Page 1 of 2

Affidavit of Phay Linthakhanh - 5-15-13 - (2).pdf

E-FILED
Friday, 17 May, 2013  04:01:18 PM
Clerk, U.S. District Court, ILCD

Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 12-cv-03211-SEM-BGC |
| PHAY LINTHAKHANH | ) ) ) |
| Defendant. | ) |

**AFFIDAVIT OF PHAY LINTHAKHANH**

I, PHAY LINTHAKHANH, being first duly sworn on oath, depose and state that if called to testify in the above-captioned matter, that I could, based upon personal knowledge, fully and competently testify to the following facts:

1. I am an Illinois resident, residing in Springfield, Illinois.

2. I subscribe to Internet through Comcast.

3. Upon receipt of the letter from Comcast informing me that my IP address had been identified as having illegally downloaded movies, and that my personal information was being sought by the Plaintiff, I took the following steps:

    a. I checked all of my computers for BitTorrent programs and found none;

    b. I checked all of my computers for movies, music, or other electronic files that could have been downloaded and found none;

    c. I ran a virus scan on my computers;

    d. I changed my wireless password to make it more secure.

4. Prior to receiving the letter from Comcast, my wireless password was a generic, simple password so that it would be easy for me to remember. I also changed my passwords to other personal accounts, including email and banking.

**Page 2**

5. While I am a Networking professional, my expertise is in hardware, and not security.

6. I have a LinkedIn profile that describes my work history and education.

7. I cannot recall deleting, and then adding back, a reference to the SolarWinds software.

FURTHER AFFIANT SAYETH NOT.

_____
Phay Linthakhanh

Subscribed and sworn to before me this _17_ th day of May, 2013.

_____
Notary Public

Co of Daviess
State of KY