# solarwinds

# Engineer's Toolset

FAST FIXES TO NETWORK ISSUES

## Monitor and Troubleshoot Your Network With the Most Trusted Tools in Network Management



*"A great collection of **essential tools...** I have used SolarWinds [Engineer's Toolset] for years and I continue to find usefulness with its offerings. Tools such as the Advanced Subnet Calculator or the IP Address Management **should be in every network engineer's toolkit**."*

— *rollingsr*

We're network engineers just like you, so we know what you face everyday: new network issues that emerge from nowhere, never enough time to troubleshoot, and a highly complex network composed of thousands of devices that seems to have a mind of its own. For over ten years, our goal has been to make sure that you have the right tools to easily and effectively manage and troubleshoot your network – in one complete and affordable package.

Once you've experienced Engineer's Toolset, you'll never troubleshoot your network the same way again. It includes a collection of powerful network management tools, all of which can be easily accessed through an innovative Workspace Studio to quickly resolve issues right from your desktop.

With the Workspace Studio, you can organize your tools to tackle troubleshooting challenges and then recall that workspace with a click when you need it – saving valuable set-up time. And shared credential management saves even more time as you switch easily between the tools you need without re-entering credentials.

Fire up Engineer's Toolset on your workstation and get out of the wiring closet. Take control of your day and your network with powerful, timesaving features, including:

- **Cut troubleshooting time in half** using the Workspace Studio, which puts the tools you need for common situations at your fingertips.

- **Monitor and alert** in real time on network availability and health with tools including Real-Time Interface Monitor, SNMP Real-Time Graph, and Advanced CPU Load.

- Perform **robust network diagnostics** for troubleshooting and quickly resolving complex network issues with tools such as Ping Sweep, DNS Analyzer, and Trace Route.

- Deploy an array of **network discovery tools** including Port Scanner, Switch Port Mapper, and Advanced Subnet Calculator.

- **Manage Cisco® devices** with specialized tools including Real-time NetFlow Analyzer, Config Downloader, and Config Compare.

**EXHIBIT B**

## Most Popular Tools in the Toolset:

### Workspace Studio



Introduced in Version 10, the Workspace Studio delivers a new, innovative way to troubleshoot network issues by providing an environment where you can deploy, group, and connect the network management tools you need. Drag, drop, and arrange tools on the Workspace Studio tabs to fit the way you work and the way you handle common situations – like troubleshooting the Internet gateway or investigating the switches on your LAN.

The Workspace Studio also provides access to "help" items such as the shared credentials database, software version information, product support and admin guides. In addition, you can search Thwack, Solarwinds user community, directly from the Workspace Studio. Get help and insight from the community with a click of your mouse!

### IP Network Browser

IP Network Browser is an incredibly fast network discovery application that provides you with extensive data across a broad range of vendors' networking devices. Information is collected via ICMP and SNMP locally or on a remote network thousands of miles away. IP Network Browser scans a single IP, IP address range, or subnet and displays network devices as they are discovered in real time, providing you with immediate access to detailed information about the devices on your network.

### NetFlow Realtime Tool



The NetFlow Realtime tool captures and analyzes Cisco NetFlow data in real time to show you what kind of traffic is traveling through the network, where it's coming from, and where it's going. Best of all, it takes the guess work out of diagnosing traffic spikes and stores up to one hour of Cisco NetFlow data. With the NetFlow Realtime tool, you can display inbound and outbound traffic separately for granular analysis and troubleshooting. You can even view the last 5 to 60 minutes of flow data broken out by applications, conversations, domains, endpoints, and protocols. That way you know exactly how your bandwidth is being used and by whom.

### IP Address Management

The IP Address Management application in Engineer's Toolset automates IP address management and puts an end to outdated spreadsheets. This powerful application automatically determines which IP addresses are in use or not in use, and how long it has been since they have been used. The IP Address Management tool also supports SNMP to perform auto-network discovery, providing a wealth of detailed network management information. Throw away the Excel® spreadsheets and let SolarWinds help organize your IP addresses today!

*"The Toolset is beautiful, especially the switch port mapper tool for tracking and tracing hundred of machines across the network.*
***Keep up the good work,***
*SolarWinds."*

*— ti99er25*

### TFTP Server

SolarWinds TFTP Server is a multi-threaded TFTP server commonly used to upload and download executable images and configurations to routers and switches. SolarWinds TFTP Server is a robust, easy-to-use solution that helps thousands of network engineers with projects ranging from single file transfers to large network auditing projects.

### Switch Port Mapper

Figuring out which devices are connected to each switch/hub port on your network can require crawling through a lot of closets, which isn't good for your superhero image. We have good news - with the Switch Port Mapper these connections are discovered automatically. In fact, the Switch Port Mapper creates a logical map of which ports are associated with which IP addresses in just a matter of seconds.

![solarwinds]



**Network Performance Monitor**

Network Performance Monitor gives you the ability to monitor and track the availability of dozens of network devices directly from your desktop – and always be the first to know of a network outage. With Network Performance Monitor, you can concurrently monitor critical devices on small to midsize networks via ICMP and SNMP. Plus, this powerful tool not only performs network performance monitoring of your network nodes, but also provides visual alert indicators and audible alarms and sends e-mail messages when devices fail.

**NetFlow Configurator**

SolarWinds NetFlow Configurator is an easy-to-use tool for remotely and quickly configuring NetFlow v5 via SNMP on supported Cisco® devices. NetFlow Configurator also facilitates setting up collectors for NetFlow data, specifying the ports on which the collectors are listening, and enabling monitoring of inbound and outbound (ingress/egress) traffic data per interface.

## Toolset Tool Summary

| TOOL | DESCRIPTION |
|---|---|
| **CISCO TOOLS** | |
| Compare Configs | Compare the running config of a Cisco® router or switch with the startup config stored in non-volatile NVRAM. |
| Config Editor/Viewer | Extract Cisco® router or switch running network configurations and automatically archive them for future reference. |
| Config Uploader | Upload configuration changes to routers or switches via SNMP; change an entire config or just one or two parameters. |
| Config Downloader | Download device configuration files from a Cisco® CMTS or network router to a remote PC. |
| NetFlow Configurator | Remotely configure NetFlow v5 via SNMP on supported Cisco® devices. |
| Cisco ACL Editor | Edit, upload, and download Cisco access lists. |
| NetFlow Realtime | Perform real-time capture and analysis of Cisco® NetFlow data, providing in-depth visibility into bandwidth utilization. |
| Router CPU Load | Monitor the CPU load on multiple Cisco® routers concurrently, recording peak load level and when it happened. |
| Router Password Decryption | Decrypt any Cisco® type-7 passwords for routers and switches, enabling you to recover lost passwords. |
| TFTP Server | Concurrently upload and download executable images and configurations to routers and switches. |
| **MONITORING TOOLS** | |
| Advanced CPU Load | Monitor and graph the real-time CPU load on routers and set alarm thresholds to quickly identify problems. |
| Bandwidth Gauges | Display bandwidth statistics in real time for data being received and transmitted for any remote network device. |
| CPU Gauges | Monitor CPU load on routers, switches, and Windows 2000 and later computers via SNMP. |
| DHCP Scope Monitor | Poll DHCP servers to extract IP scopes and highlight scopes low on dynamically assigned IP addresses. |
| Network Monitor | Monitor hundreds of devices, keeping track of response time and packet loss and even receive notification when a device stops responding. |
| Network Performance Monitor | Monitor network performance in real time, including latency, packet loss, availability, traffic, bandwidth utilization, and more! |
| Real-Time Interface Monitor | Display real-time networking monitoring statistics from routers and switches simultaneously. |
| SNMP Graph | Collect and graph performance data from any SNMP-enabled device. |
| Syslog Server | Send and receive syslog messages and decode the messages for logging purposes. |
| Watch It! | Monitor and alert on the availability of critical network devices directly from your desktop. |

*"We have approximately 150 servers located in two separate datacenters. SolarWinds Engineer's Toolset allows me to **keep tabs on everything** and troubleshoot precisely where I need to."*

— *c_w*

# solarwinds

| DISCOVERY TOOLS | |
|---|---|
| Advanced Subnet Calculator | Perform classful subnet calculations, Classless Inter-Domain Routing (CIDR) calculations, and DNS resolution. |
| DNS Audit | Locate DNS database errors and validate forward and reverse resolution of domain names. |
| DNS/WhoIs Resolver | Look up and report on domain names, URLs, IP addresses, network addresses, and e-mail addresses. |
| IP Network Browser | Perform network discovery on a single subnet or a range of subnets using ICMP and SNMP. |
| MAC Address Discovery | Scan subnets and construct a table relating IP addresses to MAC address, DNS, and manufacturer address. |
| Neighbor Map | Create a visual map of CDP and LLDP neighbors. |
| Network Sonar | Produce a detailed network inventory in just minutes and generate reports using built-in templates. |
| Switch Port Mapper | Remotely discover the devices connected to each port on a switch or hub, as well as details about each port. |
| Ping Sweep | Scan a range of IP addresses to display which addresses are in use and to perform reverse DNS lookups. |
| Port Scanner | Test for open TCP ports across IP addresses, port ranges, or a selection of specific machines and ports. |
| SNMP Sweep | Query an IP address range to locate used and unused IP addresses; obtain data about each system in the range. |
| Subnet List | Discover all subnets and masks on a network by scanning route tables on a seed router. |
| **DIAGNOSTIC TOOLS** | |
| DNS Analyzer | Visually display the hierarchy of DNS resource records, including name server, CName, and pointer. |
| Edit Dictionaries | Build a Microsoft® Access® database of words to be used during an SNMP or password attack. |
| Enhanced Ping | Monitor devices and show real-time response rates in graphical charts. |
| IP Address Management | Determine which IP addresses are not in use and how long it has been since they have been used. |
| MIB Browser | Query remote devices for software and hardware configurations via SNMP; use SolarWinds extensive MIB database. |
| MIB Walk | Discover and produce reports detailing which MIBs and OIDs are supported on a particular device. |
| MIB Viewer | Quickly retrieve frequently used MIBs using our extensive MIB database. |
| Password Generator | Generate random passwords. |
| Ping | Use "simple ping" to keep a running response time log and export results. |
| Proxy Ping | Remotely initiate a ping test from any remote Cisco® router to any other SNMP-enabled device. |
| Remote TCP Reset | Remotely display all active sessions on routers and terminal, dial-in, and access servers. |
| SNMP Brute Force Attack | Attack an IP address with SNMP queries to determine the SNMP read-only and read-write community strings. |
| SNMP Dictionary Attack | Simulate attacks using permutated hacker dictionaries on network devices to identify security vulnerabilities. |
| SNMP Trap Editor | Modify SNMP trap templates and mimic critical alerts to ensure management systems are functioning properly. |
| SNMP Trap Receiver | Receive, log, and view SNMP traps and verify that a trap source is configured and functioning properly. |
| Spam Blacklist | Test corporate e-mail servers to ensure they are not listed in one of the spam blacklist databases. |
| Trace Route | Trace the route of a network path from your computer to any other device. |
| Wake-On-LAN | Generate a "Magic Packet" to remotely power on PCs attached to networks. |
| WAN Killer | Generate random traffic on your Wide Area Network (WAN), adjusting circuit bandwidth and the percent of load. |

### Toolset Integrations:

Engineer's Toolset seamlessly integrates with Orion NPM and Orion NCM, delivering right-click access to all of the powerful troubleshooting tools directly from the Orion NPM and NCM web consoles!

### System Requirements:

- Windows® 7, Vista, XP, SP2, Server 2008, Server 2003 SP1 and R2, and Server 2000 SP4, .Net framework Version 2.0 or later, Internet Explorer 5.0 or later
- CPU: 500MHz or faster
- Memory: 128MB or greater
- Hard Disk Space: 640MB or more



*For additional information, please contact SolarWinds at 866.530.8100 or e-mail sales@solarwinds.com. To locate an international reseller near you, visit www.solarwinds.com/distributor/locator.html*

© 2010 SolarWinds, Inc. All rights reserved. SolarWinds®, the SolarWinds logo, ipMonitor®, LANsurveyor®, and Orion® are among the trademarks or registered trademarks of the company in the United States and/or other countries. All other trademarks are property of their respective owners.