IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MALIBU MEDIA, LLC, )
)
    Plaintiff, )
)
v. ) Case No.: 12-cv-03211-SEM-BGC
)
PHAY LINTHAKHANH )
)
    Defendant. )

## AFFIDAVIT OF PHAY LINTHAKHANH

I, PHAY LINTHAKHANH, being first duly sworn on oath, depose and state that if called to testify in the above-captioned matter, that I could, based upon personal knowledge, fully and competently testify to the following facts:

1. I am an Illinois resident, residing in Springfield, Illinois.
2. I did not download, upload, or otherwise share or distribute any of the plaintiff's copyrighted works, using BitTorrent, or any other program.
3. I do not possess any of the plaintiff's copyrighted works.
4. I did not give permission to any other person to use my Internet connection to download the plaintiff's copyrighted works.
5. I have never had the BitTorrent installed on any of my computers.

FURTHER AFFIANT SAYETH NOT.

_____
Phay Linthakhanh

Subscribed and sworn to before me this 23th day of March, 2013.

_____
Notary Public

OFFICIAL SEAL
LEANNE BALL
Notary Public - State of Illinois
My Commission Expires Nov 15, 2014