UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 3:12-cv-03211-SEM-BGC |
| v. | ) |
| PHAY LINTHAKHANH, | ) |
| Defendants. | ) |

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

PLEASE TAKE NOTICE, Plaintiff is attaching hereto a copy of the Order on Motion to Post Bond, entered in *Malibu Media, LLC v. Kelley Tashiro*, 1:13--cv--00205--WTL--MJD (S.D. In., Sept. 25, 2013), in which the Honorable Mark J. Dinsmore denied Defendant's Motion to Require Plaintiff to Post Bond finding that Plaintiff has a likelihood of success on the merits and to grant such motion would "undoubtedly prejudice the Plaintiff and would likely deny Plaintiff access to the federal court." *Id.* at *3.

Dated:  September 25, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *Paul J. Nicoletti*